**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF NEW YORK**

―――――――――――――――――――――x
In Re:                                                                                                  Case No.

**Bridgette M Delmore**                                                              Chapter **7**

                        Debtor(s)
―――――――――――――――――――――x

**STATEMENT PURSUANT TO LOCAL BANKRUPTCY RULE 2017**

I,            **Sarah M. Keenan**            , an attorney admitted to practice in the Court of this State:

1. That I am the attorney for the above-named debtor(s) and fully familiar with the facts herein.

2. That prior to the filing of the petition herein, my firm rendered the following services to the above-named debtor(s)

| Date &Time of Service | | Services Rendered |
|---|---|---|
| **1/3/18** | **.5 hour** | **TCW Debtor** |
| **1/5/18** | **2 hours** | **Meeting with Debtor** |
| **1/5/18** | **2.5 hours** | **Work on Petition** |

3. That my firm will also represent the debtor(s) at the first meeting of creditors.

4. That all services rendered prior to the filing of the petition herein were rendered by my firm.

5. That my usual rate of compensation of bankruptcy matters of this type is .        **$325/hr**

Dated:  **January 5, 2018**                                             **Sarah M. Keenan**

                                                                                               **Sarah M. Keenan**
                                                                                               Attorney for Debtor(s)
                                                                                               **532 Broadhollow Road**
                                                                                               **Melville, New York 11747**
                                                                                               Telephone No.:  **(631) 753-4400**
                                                                                               Fax No.:  **(631) 753-4065**
                                                                                               E-mail address:  **sally@skpllc.com**